UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

UNITED STATES OF AMERICA,

                                            **NOTICE OF APPEARANCE**

    -against-

                                            Case Number: 22-cr-00382

STEVEN MOLINARO,

    Defendant.
----------------------------------------------------------------x

        **PLEASE TAKE NOTICE** that the undersigned counsel of Tacopina Seigel & DeOreo does hereby enter his appearance on behalf of **Steven Molinaro,** as attorney of record in the above-referenced matter.

                                                          Respectfully submitted,

                                                          JOSEPH TACOPINA, ESQ.
                                                          Tacopina Seigel & DeOreo
                                                          275 Madison Avenue, 35th Floor
                                                          New York, New York 10016
                                                          (212) 227-8877
                                                          jtacopina@tacopinalaw.com